UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by RCS D.C.
OCT 29 2009
STEVEN M. LARIMORE
CLERK U S. DIST. CT.
S. D. of FLA. – MIAMI

GERALD KELLY, and DILLION
WEERAMAN on their own behalves and
others similarly situated,

    Plaintiffs,

v.

PHILIPPE MIAMI, LLC, a Florida Limited
Liability Corp.

    Defendant.
_____/

Case No: 09-23287

[TORRES]

CIV-MORENO

### NOTICE OF FILING NOTICES OF CONSENT TO JOIN

Plaintiffs, GERALD KELLY and DILLION WEERMAN, give notice of filing their Notices of Consent to Join the above-styled lawsuit.

DATED this 21st day of October 2009.

_____
KELLY AMRITT
FL Bar No.: 648779
MORGAN & MORGAN, P.A.
6824 Griffin Road
Davie, Fl. 33314
Tel: 877-435-9243
Fax: 954-333-3515
E-mail: KAmritt@forthepeople.com

Trial Counsel for Plaintiff

## FLSA - NOTICE OF CONSENT

Client, (Print Name) Gerald Kelly hereby consents pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this action

_Gerald Kelly_
Signature of Client

Client Name: Gerald Kelly
Date: 6 / 23 /2009

## FLSA - NOTICE OF CONSENT

Client, (Print Name) __DILLON WEERAMAN__ hereby consents pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this action

__/s/ Weeraman__
Signature of Client

Client Name: __DILLON. P. WEERAMAN__

Date: __06/25__/2009